AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Oscar Armando Orellana

WAIVER OF INDICTMENT

CASE NUMBER: 08-00158 (RJL)

I, _Oscar Armando Orellana_, the above named defendant, who is accused of

Count 1 - Produce Identification Document w/out legal authority

Count 2 - Fraud in the Second Degree

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/24/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED
JUN 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer