CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal No. _08-158_
                            )
_Oscar Armando Orellana_    )
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_Luis U. Leon, Esq._
_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge