UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-00158 (RJL) |
| | : | |
| v. | : | FILED |
| | : | |
| OSCAR ARMANDO ORELLANA, | : | JUN 2 4 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **OSCAR ARMANDO ORELLANA ("ORELLANA")** and the United States agree and stipulate as follows:

1. Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2. Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and "skills road." Applicants who possess a

1

valid driver's license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the vision screening and knowledge and street sign recognition tests.

3. On or about August 20, 2007, defendant **ORELLANA** was approached by a man who called himself "Carlos" at a McDonald's restaurant, in Langley Park, Maryland. Carlos asked defendant **ORELLANA** if he had a driver's license. When defendant **ORELLANA** responded in the negative, Carlos told defendant **ORELLANA** that he had a friend at the DMV who could help him get a real D.C. driver's license that would be good for five years. The following morning, at approximately 7:00 a.m., defendant **ORELLANA** took the bus to the same McDonald's to meet Carlos with the intention of fraudulently obtaining a D.C. driver's license, an item of value that authorizes an individual to drive and serves as a photographic identification card. Carlos drove defendant **ORELLANA** to the Georgetown area of Washington, D.C. Carlos told defendant **ORELLANA** to go inside the DMV where a Hispanic woman would help him. Before he went into the DMV, defendant **ORELLANA** gave Carlos $1,000 in U.S. currency.

4. After defendant **ORELLANA** went inside the DMV, a Hispanic employee nodded at him to come forward to her. He gave her his Social Security card and a piece of paper that contained the handwritten D.C. address of a friend of defendant **ORELLANA**. He did not complete an application or take any tests, including the vision, knowledge, or road skills examinations. The DMV employee then directed defendant **ORELLANA** to another customer service station to have his photograph taken. Shortly thereafter, defendant **ORELLANA** was

given a facially valid D.C. driver's license that falsely bore a D.C. address

5.      On or about December 31, 2007, defendant **ORELLANA** attempted to fraudulently obtained a Maryland driver's license by presenting his fraudulently obtained District of Columbia driver's license in order to avoid taking any knowledge or road skills tests administered by the State of Maryland. His application was denied, however, because defendant **ORELLANA** had failed to complete a training class after he was cited on April 29, 2005, for failure to drive on the roadway's designated lane, failure to carry a registration card in the motor vehicle and driving on a highway without a license.

_____
**OSCAR ARMANDO ORELLANA**, Defendant