U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

OSCAR ARMANDO ORELLANA :   Case No. 08-158 (RJL)

:

:

**O R D E R**

**FILED**
**JUN 2 4 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____24th____ day of ____June 2008____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _A date convenient to both parties_ by _FBI S/A Sean Ryan and Al Tenuta_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _FBI S/A Sean Ryan and Al Tenuta_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) John M. Facciola

DOJ USA-16-1-80

DEFENSE COUNSEL